No. 1. SILESIAN HOLDING CO. ET AL. *v.* UNION BANK OF SWITZERLAND ET AL.; and
No. 2. BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* UNION BANK OF SWITZERLAND ET AL. On petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit. The motion to defer consideration of the petitions for writs of certiorari until March 1, 1956, is granted.

*Ralph D. Ray* filed the motion for the Silesian Holding Company. *Solicitor General Sobeloff* for petitioner in No. 2, *William Gilligan* for the Silesian-American Corporation, *Charles E. Scribner* for the Bondholders Protective Committee, and *Lawrence J. McKay* for respondents, consented to the motion. See also 348 U. S. 881, 948.